Argued and submitted October 12, reversed and remanded for reconsideration
November 12, 1987

In the Matter of the Compensation of
Catherine Wilkerson, Claimant.
WILKERSON,
*Petitioner,*

*v.*

DAVILA et al,
*Respondents.*

(WCB 85-01964; CA A42688)

744 P2d 1331

Bruce D. Smith, Salem, argued the cause for petitioner. With him on the brief was Michael B. Dye, Salem.

Darrell E. Bewley, Assistant Attorney General, Salem, argued the cause for respondents. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

## PER CURIAM

Claimant seeks review of an order of the Workers' Compensation Board affirming the referee's decision that her psychiatric condition should not be considered in determining the extent of her disability from a compensable injury. On *de novo* review, we reverse and remand.

Dr. Holland examined claimant at SAIF's request. He determined that she has psychogenic pain that is a complication or aggravation of a preexisting condition. In rating the severity of the stressors "judged to have been a significant contributor to the development or exacerbation of the current disorder," Holland assigns the level of "moderate" to "vocational injury and sequella [*sic*]." We find that the evidence establishes that the compensable injury was a material contributing cause of the present psychological symptoms. Those symptoms should be considered in determining the extent of claimant's disability. *Barrett v. D & H Drywall,* 300 Or 553, 715 P2d 90 (1986); *Grace v. SAIF,* 76 Or App 511, 709 P2d 1146 (1985).

Reversed and remanded for reconsideration of extent of disability, including disability attributable to psychogenic pain.